227 So.2d 593

**E. E. RABALAIS & SON, INC.**

v.

**UNITED BONDING INSURANCE COMPANY et al.**

**No. 50113.**

Nov. 12, 1969.

In re: United Bonding Insurance Company applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Avoyelles. 226 So.2d 528.

Writ refused. Under the facts found by the Court of Appeal, we find no error of law in the judgment complained of.

227 So.2d 594

**Patricia WELCH et al.**

v.

**The TRAVELERS INSURANCE COMPANY.**

**No. 50119.**

Nov. 12, 1969.

In re: The Travelers Insurance Company applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 225 So.2d 623.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.

227 So.2d 594

**SUCCESSION of Mrs. Lucille McGimsey ROBINSON.**

**No. 50099.**

Nov. 12, 1969.

In re: Mrs. Ruth Sheffield applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 225 So.2d 149.

Writ refused. The judgment is correct.